1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS CORONA, a minor, by and through his Guardian Ad Litem, MARIA CORONA,<br><br>    Plaintiffs,<br><br>  v.<br><br>STOCKTON UNIFIED SCHOOL DISTRICT, NAN BEATTIE, JANE DOE SMITH, WILLIE MOORE, and GEORGE RIDDLER,<br><br>    Defendants.<br>_____/ | No. 2:03-cv-1762-MCE-GGH<br><br><br><br>**ORDER RE: SETTLEMENT AND DISPOSITION** |

    Pursuant to the representations of the attorney for Defendants, the Court has determined that this case is settled.[1]

    In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before September 25, 2006.

///
///
///
///

---

[1] In light of the Court's Order Re: Settlement and Disposition, September 6, 2006 Jury Trial is vacated.

1    Failure to comply with this order may be grounds for the
2 imposition of sanctions on any and all counsel as well as any
3 party or parties who cause non-compliance with this order.
4    IT IS SO ORDERED.
5 DATED: August 14, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE