GREGORY W. MORENO, ESQ. - SBN 57844
DANILO J. BECERRA, ESQ. - SBN 56526
ARNOLDO CASILLAS, ESQ. - SBN 158519
MORENO, BECERRA & CASILLAS
A Professional Law Corporation
3500 West Beverly Boulevard
Montebello, California 90640
Tel: (323)725-0917
Fax: (323)725-0350

LUIS A. CARRILLO, ESQ. - 70398
LAW OFFICES OF LUIS A. CARRILLO
3500 West Beverly Boulevard
Montebello, California 90640
Tel: (323) 722-6298
Fax: (323) 725-0350

Attorneys for Plaintiffs
JESUS CORONA, MARIA CORONA, and
JESUS C., JR. a minor, by and
through his Guardian Ad Litem
MARIA CORONA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO**

| | |
|---|---|
| JESUS CORONA; MARIA CORONA; and JESUS C., JR., a minor, by and through his Guardian Ad Litem MARIA CORONA,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>STOCKTON UNIFIED SCHOOL DISTRICT; NAN BEATTIE; JANE DOE SMITH; WILLIE MOORE; GEORGE RIDDLER; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | **NO. 2:03-cv-1762-MCE-GGH**<br><br>**ORDER RE STATUS OF MINOR'S COMPROMISE AND SETTLEMENT** |

/ / /

/ / /

1
**ORDER RE STATUS OF**
**MINOR'S COMPROMISE AND SETTLEMENT**

1 **GOOD CAUSE APPEARING** it is hereby ordered that the deadline to file
2 dispositive documents regarding the settlement in the above matter is hereby
3 continued from September 25, 2006, to October 16, 2006.
4     IT IS SO ORDERED.
5 DATED: September 28, 2006

                                          _____
                                          MORRISON C. ENGLAND, JR
                                          UNITED STATES DISTRICT JUDGE