UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS CORONA; MARIA CORONA; and JESUS C., a minor, by and through his Guardian Ad Litem MARIA CORONA,<br><br>      Plaintiffs,<br>  v.<br><br>STOCKTON UNIFIED SCHOOL DISTRICT; NAN BEATTIE; JANE DOE SMITH; WILLIE MOORE; GEORGE RIDDLER; and DOES 1 through 10, inclusive,<br>      Defendants. | No: 2:03-cv-1762-MCE-GGH<br><br>ORDER APPROVING PETITION FOR COMPROMISE OF THE CLAIM OF JESUS C., A MINOR, |

GOOD CAUSE APPEARING the Court hereby approves the Petition to Compromise the claim of Jesus C., a minor by and through his Guardian Ad Litem, Maria Corona and issues the following orders:

Settlement in the amount of $10,000 to the minor Jesus C. is approved. Petitioner is ordered to purchase an educational annuity for the benefit of the minor in the amount of $10,000 with Hartford Life Insurance Company, an A+15 rated company with a payout identified as follows:

///

///

///

///

1          Age of 18:      $3002.00

2          Age of 19:      $3002.00

3          Age of 20:      $3002.00

4          Age of 21:      $3002.00

5     Total payout of :      $12,008.00

6       All costs for the litigation of the suit are to be paid out of the settlement proceeds to Plaintiff

7 MARIA CORONA only. These costs amounted to $3,900.78 in payment of filing fees, depositions,

8 and other incidental litigation costs reasonably incurred in preparation for trial.

9       Costs associated with travel to and from the hearing on the Petition for Compromise of the

10 Minor's Claim include the following:

11       Roundtrip airfare to and from Sacramento      $191.10

12       Taxi services to and from airport to Courthouse      $44.00

13       Hotel      $115.60

14       Interpreter services      $378.00

15       Total      $728.70

16       These costs shall be deducted from the remaining balance of $1099.22 leaving a net balance

17 of $370.52 to be distributed equally to Plaintiffs JESUS CORONA and MARIA CORONA.

18       No attorney fees shall be charged or paid by the minor Plaintiff or adult Plaintiffs.

20     IT IS SO ORDERED.

21 Dated: February 23, 2007

23                                 MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE